1  ANGELA ALIOTO, (SBN 130328)
   angela@aliotolawoffice.com
2  Law Offices of Mayor Joseph L. Alioto
   And Angela Alioto
3  700 Montgomery Street
   San Francisco, CA 94111
4  Telephone:  415- 434-8700
   Facsimile:   415-438-4638
5
   JOHN SCARPINO, (SBN 151377)
6  jhscarpino@comcast.net
   Law Office of John Scarpino
7  700 Montgomery Street
   San Francisco, CA 94111
8  Telephone: 415-516-6147
   Facsimile: 415-438-4638
9
   Attorneys for Plaintiff
10 JEFFREY WALLS

11
   ROBERT JON HENDRICKS (SBN 179751)
12 rhendricks@morganlewis.com
   SACHA A STEENHOEK (SBN 253743)
13 ssteenhoek@morganlewis.com
   ANDREW P. FREDERICK (SBN 284832)
14 afredrick@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
15 One Market, Spear Tower
   San Francisco, CA 94105-1126
16 Tel.:   1.415.442.1000
   Fax:   1.415.442.1001
17
   Attorneys for Defendant
18 DELTA AIR LINES, INC.

19

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22
                                          )
23 JEFFREY WALLS,                         )   Case No. 3:15-cv-03716-JSW
                                          )
24       Plaintiff,                       )
                                          )   **[PROPOSED]**
25 vs.                                    )   **ORDER DISMISSING ENTIRE**
                                          )   **ACTION WITH PREJUDICE**
26 DELTA AIR LINES, INC., a Delaware     )   AS MODIFIED
   corporation; and DOES 1-10, inclusive, )
27                                        )
         Defendants.                      )
28                                        )
                                          )

---

                                    4

1     The Court GRANTS the parties' stipulation and ORDERS this action dismissed in its
2 entirety, including all claims and causes of action, with prejudice. Each party to bear its own
3 attorneys fees and costs.
4     The Clerk shall terminate all other pending motions as moot and close the file.

7 Dated: June 10, 2016                     By: /s/ Jeffrey S. White
8                                               Honorable Jeffrey S. White
                                              United States District Judge